UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 9 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   4:24CR530 SRC/NCC |
| NATHANAEL PAUL STEINHOFF, | ) ) ) |
| Defendant. | ) ) |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about January 6, 2024, in St. Louis County, within the Eastern District of Missouri,

**NATHANAEL PAUL STEINHOFF,**

the Defendant herein, in connection with the acquisition of a firearm, a Colt Defense M4 Carbine Rifle, Serial Number LE419842, from Bass Pro Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and/or fictitious written statement to Bass Pro Shop, which statement was intended and likely to deceive Bass Pro Shop, as to a fact material to the lawfulness of such sale of the said firearm to Defendant under Chapter 44 of Title 18, United States Code, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and on that Form 4473 Defendant stated he is not a prohibited person as a result of being convicted in any court of a crime punishable by more than one year

in prison, when in fact, Defendant had been convicted of a crime punishable by more than one year in prison.

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
GEOFFREY S. OGDEN, #66930MO
Assistant United States Attorney